No. 770. Martin *v.* United States. C. A. 5th Cir. Certiorari denied. *Edward Bennett Williams* and *Robert L. Weinberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 772. Carter et al. *v.* American Telephone & Telegraph Co. et al. C. A. 5th Cir. Certiorari denied. *William VanDercreek* for petitioners. *Wayne Babler* and *Leroy Jeffers* for American Telephone & Telegraph Co. et al., and *Spencer C. Relyea III* for General Telephone Co. of the Southwest, respondents.

No. 773. Mandell, Spector, Rudolph Co. *v.* United States. C. A. 3d Cir. Certiorari denied. *Harold E. Kohn* and *William T. Coleman, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Sanders* and *Alan S. Rosenthal* for the United States.

No. 775. Checker Cab Co. et al. *v.* National Labor Relations Board. C. A. 6th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 782. Madison Fund, Inc., formerly Pennroad Corp. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *William R. Spofford* and *Sherwin T. McDowell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Melva M. Graney* for respondent.